UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ELENA IRIZARRY,

v.  Case No.  8:01-cr-122-T-17EAJ
8:04-cv-1737-T-17EAJ

UNITED STATES OF AMERICA.
_____/

### ORDER

The Court denied Defendant Elena Irizarry's motion to vacate, set aside, or correct an allegedly illegal sentence. She has filed a Notice of Appeal and a motion for leave to appeal in forma pauperis. Pursuant to Edwards v. United States, 114 F.3d 1083 (11th Cir. 1997), the Court construes the Notice of Appeal as a request for a certificate of appealability.

To merit a certificate of appealability, Defendant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Defendant has failed to meet this standard. Therefore, Defendant has failed to satisfy the Slack test. See also, Franklin v. Hightower, 215 F.3d 1196 (11th Cir. 2000).

Accordingly, the Court orders:

1. That Defendant's construed application for certificate of appealability (Doc. No. 45) is denied.

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).

2. That Defendant's motion for leave to appeal in forma pauperis (Doc. No. 43) is denied.

ORDERED in Tampa, Florida, on *November 9th*, 2005.

Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

AUSA:  Bryant R. Camereno
Pro se: Elena Irizarry